# EXHIBIT A

{01113836.v1 }

**Images from https://www.farashgardfoundation.com/**

Last accessed – 09/08/2022



{01113836.v1 }



**Image from** https://www.youtube.com/channel/UC9GgY2FROn74W0E9ZqKmKwQ

Last accessed – 09/08/2022



{01113836.v1 }

**Image from** https://www.instagram.com/farashgardfdn/?hl=en

Last accessed – 09/08/2022



{01113836.v1 }