# EXHIBIT B

# United States of America
## United States Patent and Trademark Office

# Farashgard

**Reg. No. 6,790,030**
**Registered Jul. 12, 2022**
**Int. Cl.: 35**
**Service Mark**
**Principal Register**

Farashgard Foundation, Inc. (DELAWARE NON-PROFIT CORPORATION)
499 South Capitol Street SW, #405
Washington, D.C. 20003

CLASS 35: Promoting public awareness of the need for the protection of fundamental human rights, liberty and democracy

FIRST USE 11-10-2021; IN COMMERCE 11-10-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The English translation of "FARASHGARD" in the mark is "Iran Revival".

SER. NO. 88-638,448, FILED 10-01-2019



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office

