# EXHIBIT C

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,667,267**  
**Registered Mar. 08, 2022**  
**Int. Cl.: 35**  
**Service Mark**  
**Principal Register**

Farashgard Foundation, Inc. (DELAWARE NON-PROFIT CORPORATION)
499 South Capitol Street SW, #405
Washington, D.C. 20003

CLASS 35: Promoting public awareness of the need for the protection of fundamental human rights, liberty and democracy

FIRST USE 8-31-2018; IN COMMERCE 8-31-2018

The mark consists of a stylized sun-like design featuring radiating rays around a circle that is comprised of geometric shapes arranged to resemble the face of a lion, with all of the foregoing contained within a single-line circle.

SER. NO. 88-638,460, FILED 10-01-2019



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

