# EXHIBIT D

Case 1:22-cv-02730-JMC   Document 1-4   Filed 09/09/22   Page 2 of 2

# United States of America
## United States Patent and Trademark Office



Iran Revival - فَرَشگَرد

**Reg. No. 6,548,276**
**Registered Nov. 02, 2021**
**Int. Cl.: 35**
**Service Mark**
**Principal Register**

Farashgard Foundation  (DISTRICT OF COLUMBIA non-profit corporation )
499 South Capitol Street SW
Washington, D.C. 20003

CLASS 35: Promoting public awareness of the need for the protection of fundamental human rights, liberty and democracy

FIRST USE 8-10-2021; IN COMMERCE 8-10-2021

The mark consists of a stylized sun-like design featuring three different sized triangles appearing as radiating rays around a circle that is comprised of geometric shapes arranged to resemble the face of a lion. The wording "IRAN REVIVAL" appears directly beneath the design.

No claim is made to the exclusive right to use the following apart from the mark as shown: "IRAN" AND THE NON-LATIN CHARACTERS THAT TRANSLITERATE TO "IRAN"

The non-Latin characters in the mark transliterate to "Iran Farashgard" and this means "Iran Revival" in English.

SER. NO. 88-638,458, FILED 10-01-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

