# EXHIBIT E

{01115138.v1 }

Images from: https://iranrevival.com

Last accessed – 09/08/2022





activists–the Free Iran Expert Team–and with the support of the Farashgard (Iran Revival) network.

Here are some of the features and goals of the #wearecountless crowd-sourcing platform:
1. Daily registration and observation of strikes throughout Iran with details of the number and sites of strikes
2. Identification of military, police, and security centers throughout Iran
3. Identification of the locations of CCTV cameras in the country
4. Instant identification of the increased presence of police and military forces in cities with the ability to distinguish the type and number of units in question

More info on this project can be found at https://Bishomarim.com.

**The 'Wanted' Campaign**

The 'Wanted' Campaign was launched by Farashgard in 2020 with two goals:
First, to expose the responsibility of authorities in Iran for their violation of the rights of the people, and second, to lay the groundwork for their prosecution in a court of law.

**My Face to the Nation! My Back to the Enemy!**

In 2019, when Iranians organized to boycott state media, Farashgard launched a broader campaign of civil disobedience and refusal of regime practices, symbols, consumer products, institutions, and ideological expectations for behavior. The campaign name is based on a slogan made popular by courageous protestors who sat with their backs turned to regime officials.

**We Will Reclaim Iran and Rebuild It.** 

{01115138.v1 }

Image from https://twitter.com/IranFarashgard/

Last accessed – 09/08/2022



{01115138.v1 }